IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED JAN 10 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

BOARD OF TRUSTEES, SHEET )
METAL WORKERS' NATIONAL )
PENSION FUND, et al., )
    Plaintiffs, )
)
v. ) Civil Action No. 1:11cv985
)
MICHAEL P. MCCOY, )
d/b/a M & M Enterprises, )
    Defendant. )

## JUDGMENT ORDER

Upon consideration of the December 20, 2011 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby ORDERED that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the December 20, 2011 Report and Recommendation.

Accordingly, it is hereby ORDERED that judgment is ENTERED by default in favor of plaintiffs and against defendant in the total amount of $96,901.31.

The Clerk is DIRECTED to enter judgment, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further DIRECTED to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
January 10, 2012

/s/
T. S. Ellis, III
United States District Judge